# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY VAN KEMPEN, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATHESON TRI-GAS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. Case No. 15-cv-00660-HSG<br><br>Judge: Hon. Haywood S. Gilliam Jr.<br><br>**CLASS ACTION**<br><br>**ORDER RE: REQUEST FOR COUNSEL FOR DEFENDANT MATHESON TRI-GAS, INC. TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　May 12, 2015<br>Time:　　　2:30 p.m.<br>Courtroom:　15<br><br>Complaint Filed:　January 12, 2015 |

1

[PROPOSED] ORDER RE: REQUEST FOR COUNSEL FOR DEFENDANT MATHESON TRI-GAS, INC. TO APPEAR TELEPHONOCALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE

**ORDER**

Defendant Matheson Tri-Gas, Inc.'s request for Clint D. Robison to appear by telephone for the initial Case Management Conference scheduled for May 19, 2015 at 2:00 p.m. is hereby GRANTED.

IT IS SO ORDERED.

Dated:  May 6, 2015

_____
HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER RE: REQUEST FOR COUNSEL FOR DEFENDANT MATHESON TRI-GAS, INC. TO APPEAR TELEPHONOCALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE