1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| ROY VAN KEMPEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATHESON TRI-GAS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 15-cv-00660-HSG<br><br>Judge: Hon. Haywood S. Gilliam Jr.<br><br>**CLASS ACTION**<br><br>**ORDER RE: JOINT NOTICE OF SETTLEMENT**<br><br><br><br>Complaint Filed:       January 12, 2015 |

**ORDER**

Having considered the Parties' Joint Notice of Settlement, the Court hereby vacates the Scheduling Order in this case as well as any other deadlines or cut-off dates currently set forth in the Court's minute orders pending Plaintiff's Motion for Preliminary Approval of Class Action Settlement. Plaintiff is hereby ordered to file his Motion for Preliminary Approval of Class Action Settlement in accordance with ND CA Rule 7-2(a) no later than January 8, 2016 such that

1  it may be heard on February 18, 2016.

3  IT IS SO ORDERED.

5  Dated: <u>December 15, 2015</u>     _____
                                         U.S. District Court Judge