# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY VAN KEMPEN, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>MATHESON TRI-GAS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No. 15-cv-00660-HSG<br><br>Judge: Hon. Haywood S. Gilliam Jr.<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO EXTEND DEADLINES SET IN THE ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed:   January 12, 2015 |

## ORDER

Having considered the Parties' Joint Stipulation to Extend Deadlines set in the Order Granting Preliminary Approval of Class Action Settlement, the Court hereby orders that deadlines currently set forth in the February 6, 2017 Order are VACATED. The Court sets the following deadlines pursuant to the Parties' Joint Stipulation:

1

[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO EXTEND DEADLINES SET IN THE ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

| Event | Current Date | Continued Date |
| --- | --- | --- |
| Deadline to Provide Settlement Administrator with Class Member Database | February 20, 2017 | April 6, 2017 |
| Deadline for Settlement Administrator to Send Class Notice, Opt-In Forms, and Exclusion Forms (where applicable); | March 2, 2017 | April 17, 2017 |
| Deadline to File Motion for Attorneys' Fees, Costs, and Incentive Award | April 7, 2017 | May 22, 2017 |
| Deadline to Submit Objections | May 1, 2017 | June 15, 2017 |
| Deadline for California Members to Opt-Out | May 1, 2017 | June 15, 2017 |
| Deadline for FLSA Members to Opt-In | May 1, 2017 | June 15, 2017 |
| Deadline to File Motion for Final Approval | May 12, 2017 | June 26, 2017 |
| Final Fairness and Hearing on Motions | June 8, 2017 | July 27, 2017 |

IT IS SO ORDERED.

Dated: 3/10/2017

_____
U.S. District Court Judge