**S. BRETT SUTTON 143107**
brett@suttonhague.com
**JARED HAGUE 251517**
jared@suttonhague.com
**JOSEPH V. MACIAS 273168**
joseph@suttonhague.com
**SUTTON HAGUE LAW CORPORATION**
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Attorneys for Plaintiff:
Roy Van Kempen and the Settlement Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| ROY VAN KEMPEN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATHESON TRI-GAS, INC., a Delaware Corporation; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:15-cv-00660-HSG<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>**CLASS ACTION**<br><br>**JOINT [PROPOSED] JUDGMENT APPROVING CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: January 12, 2015 |

1.  This matter coming before the Court on Plaintiff's Motion for Final Approval of Joint Stipulation of Class Settlement (the "Final Approval Motion"), and after review and consideration of the parties' fully-executed Joint Stipulation of Class Settlement ("Settlement"), the papers in support of the Final Approval Motion, Plaintiff's Motion for Attorneys' Fees, Costs and Enhancement Award, having heard the arguments of counsel during hearing on August 3, 2017 at which no objectors appeared, and the Court having issued an Order Granting Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Costs on August 25, 2017 (the "Final Approval Order") (ECF No. 83), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Final judgment in this matter is hereby entered in conformity with the terms of the Settlement and the Final Approval Order;

2. This case is hereby dismissed with prejudice;

3. Without affecting the finality of this Final Judgment in any way, this Court retains continuing jurisdiction over the implementation, interpretation, and enforcement of the Joint Stipulation of Class Action Settlement with respect to all Parties to this action, and their counsel of record.

IT IS SO ORDERED

DATED: 9/5/2017          _____
                         UNITED STATES DISTRICT COURT JUDGE